ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 2 5 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 1:12-MJ-831-ECS |
| MARCUS SHAW | : | |

### GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, Sally Quillian Yates, United States Attorney, and Mary C. Roemer, Assistant United States Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned defendant.

1. <u>Eligibility of Case.</u>

This case is eligible for a detention order because this case involves (check all that apply):

| | |
|---|---|
| _____ | Crime of violence (18 U.S.C. § 3156) |
| _____ | Maximum sentence of life imprisonment or death |
| _____ | 10 + year drug offense |
| _____ | Felony, with two prior convictions in the above categories |
| __X__ | Serious risk the defendant will flee |
| __X__ | Serious risk of obstruction of justice |

2. <u>Reason for Detention.</u>

The Court should detain defendant because there are no conditions of release that will reasonably assure (check one or both):

__X__   Defendant's appearance as required

__X__   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>

The United States will not invoke the rebuttable presumption against defendant under § 3142(e).

4. <u>Time for Detention Hearing.</u>

The United States requests the Court conduct the detention hearing:

_____   At the initial appearance.

__X__   After continuance of __3__ days (not more than 3).

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated: this 25th day of June, 2012.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

MARY C. ROEMER
ASSISTANT U.S. ATTORNEY

600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 581-6265
Ga. Bar No. 611790

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

    Defense Counsel

This 25th day of June, 2012.

                MARY C. ROEMER
                ASSISTANT UNITED STATES ATTORNEY